**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| YOHANCE LACOUR, CAROL MARIN, PHILIP ROGERS, ROBIN AMER, LINDSEY DORCUS, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>      Defendant. | Case No. 1:26-cv-05536<br><br>Judge Sharon Johnson Coleman |

**NOTICE REGARDING MOTION TO REASSIGN CASE
PURSUANT TO LOCAL RULE 40.4**

PLEASE TAKE NOTICE that on July 21, 2026, pursuant to Northern District of Illinois Local Rule 40.4, Defendant Apple Inc. ("Apple") moved for reassignment on the ground that this case is related to *Marin et al., v. Alphabet, Inc. et al.*, No. 1:26-cv-05436 (N.D. Ill.), filed May 11, 2026, and pending before the Honorable Judge April M. Perry (the "Google Action").

Pursuant to Local Rule 40.4(c), which states that a motion for reassignment "shall be filed in the lowest-numbered case of the claimed related set and noticed before the judge assigned to that case," the motion was filed in the lower-numbered Google Action. A copy of the motion is attached as Exhibit A hereto.

Dated:  July 21, 2026

Respectfully submitted,


By: */s/ Lauren Goldman*
    Lauren Goldman
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, New York  10166-0193
    Telephone:    212.351.4000
    Facsimile:    212.351.4035
    lgoldman@gibsondunn.com

    Andrew G. May
    NEAL, GERBER & EISENBERG LLP
    225 West Randolph Street, Suite 2800
    Chicago, IL 60606
    Telephone: 312.269.8000
    amay@nge.com

    *Counsel for Defendant Apple Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 21st day of July, 2026, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered with CM/ECF.

_/s/ Andrew G. May_
Andrew G. May
