## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Yohance Lacour, et al.

                    Plaintiff,

v.                                                    Case No.: 1:26–cv–05536
                                                      Honorable Sharon Johnson Coleman

Apple Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

     MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's unopposed motion to reschedule the initial status conference [26] is granted. No appearance necessary on 8/11/2026. The in–person status hearing set for 8/24/2026 is stricken and reset to 9/10/2026 at 10:45 AM. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.