**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yohance Lacour, et al.
Plaintiff,
v.
Apple Inc.
Defendant.

Case No.: 1:26−cv−05536
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs shall file a response to defendant's motion to dismiss [29] by 9/15/2026. Defendant shall file a reply by 9/29/2026. Once the matter is fully briefed, the Court shall take it under advisement. Status and presentment hearing set for 9/10/2026 is stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.