**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Yohance Lacour, et al.
Plaintiff,
v.
Case No.: 1:26−cv−05536
Honorable Sharon Johnson Coleman
Apple Inc.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: The Court strikes, without prejudice, Defendant's motion for an extension to its reply brief page limit and deadline [33]. At the very least, it is premature to request such extensions based on the "the scope and complexity of the issues and the number of arguments that Apple will be required to address in its reply" before Plaintiff has even filed its response brief. More broadly, the Court emphasizes that replies are supposed to be brief rebuttals that do not introduce new information. Defendant may bring the motion again, at more appropriate time, if the circumstances warrant it and if it can justify the motion beyond a bare−bones invocation of complexity. No need to appear on 9/15/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.